🖐 **ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                          :    **07 CRIM 738**
UNITED STATES OF AMERICA                  :
                                          :    NOTICE OF INTENT
    v.                                    :    TO FILE AN INFORMATION
                                          :
PAUL SULLINS,                             :
                                          :    JUDGE HOLWELL
                    Defendant.            :
                                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:   New York, New York
         July 17, 2007

                                    MICHAEL J. GARCIA
                                    United States Attorney

                        By:    _____
                               Michael M. Rosensft
                               Assistant United States Attorney

                               AGREED AND CONSENTED TO:

                        By:    _____
                               Joey Jackson, Esq.
                               Attorney for Paul Sullins

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: 7/20/07]

7/20/07 WHEEL A

TOTAL P.02