```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                              :
UNITED STATES OF AMERICA      :
                              :   MISDEMEANOR
        - v. -                :   INFORMATION
                              :
PAUL SULLINS,                 :   S1 07 Cr. 733
                              :
            Defendant.        :
                              :
- - - - - - - - - - - - - - - x
```

COUNT ONE

The United States Attorney charges:

From in or about August 2004, through on or about September 24, 2004, in the Southern District of New York and elsewhere, PAUL SULLINS, the defendant, unlawfully, willfully, and knowingly, did obstruct and retard the passage of the mail, and a carrier and conveyance carrying the mail, to wit, SULLINS stole a check, which had been in the custody of a mail carrier, before it reached its designated recipient, in order to sell the stolen check to another individual.

(Title 18, United States Code, Sections 1701.)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 0 5 2007

*Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

- v. -

**PAUL SULLINS,**

**Defendant.**

INFORMATION

S1 07 Cr. 733

(18 U.S.C. § 1701)

MICHAEL J. GARCIA
United States Attorney.