UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

UNITED STATES of AMERICA,   :   07 Cr. 00733 (RJH)

        -against-   :   **ORDER**

PAUL SULLINS,   :

         Defendant.   :

------------------------------------------------------------x

       The sentence scheduled for January 11, 2008 is rescheduled to March 12, 2008, at 10:30 a.m., in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
January 09, 2008
SO ORDERED:

_____
Richard J. Holwell
United States District Judge